of the City of New York, Respondents.—Writ dismissed and proceedings affirmed, with costs. No opinion.

William H. Heathcote, Respondent, v. Metropolitan Street Railway Company, Appellant.— Judgment and order affirmed, with costs. No opinion.

Oscar Kunath and Others, Respondents, v. Auguste Bremer and Others, Appellants.— Judgment affirmed, with costs. No opinion.

61      614
Case 3
a170 NY 593

John S. Melcher, as Administrator, etc., of John L. Melcher, Deceased, Respondent, v. Franklin Bien, as Receiver of Hazard, Hazard & Company, a Corporation, Appellant.— Judgment affirmed, with costs, on the opinion in *Melcher* v. *Kreiser* (28 App. Div. 362).

Henry W. Rose, as Trustee for William Craig, Bankrupt, Respondent, v. John S. Melcher, as Administrator, etc., of John L. Melcher, Deceased, Appellant, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Henry E. Fox, Appellant, v. Isaac Davidson, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Ray Finn, Appellant, v. The Provident Savings Life Assurance Society of New York, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Ann Neville, as General Guardian, Respondent, v. Catherine Biehm and Another, Appellants. — Order affirmed, with ten dollars costs and disbursements. No opinion.

Peter Alexander, as Trustee in Bankruptcy of William H. Riker, Respondent, v. William B. Riker, Appellant, Impleaded with William H. Riker.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Sidney C. Chambers, Appellant, v. Alexander S. Bacon, Respondent, Impleaded with Isaac N. E. Allen.— Order affirmed, with ten dollars costs and disbursements. No opinion.

The People of the State of New York ex rel. Lillie Ludden, formerly Lillie Winston, Appellant, v. Walker Winston, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Julius Kraner, Respondent, v. Max Gross and Louis B. Wasserstrom, Appellants.— Order reversed, with ten dollars costs and disbursements, and motion granted upon defendant paying all costs after notice of trial, including trial fee, and ten dollars costs of motion. No opinion.

In the Matter of the Application of Antonia Bachilier De Ponce De Leon, a Judgment Creditor, Respondent, for the Examination of Mutual Reserve Fund Life Association, Appellant, in a Proceeding Supplementary to Execution against the Property of the Northwestern Life Assurance Company, a Judgment Debtor.— Order affirmed, with ten dollars costs and disbursements. No opinion.

The People of the State of New York v. Grahams Polley.— Motion denied with leave to renew after the action of the Appellate Division under the provisions of chapter 602 of the Laws of 1901.

George H. Church v. Standard Railroad Signal Company.— Motion denied.

Schuylkill Fire Insurance Company v. Edward Rowell.— Motion granted, with ten dollars costs.

Charles A. Sherman v. Charles A. Tucker, Individually, etc.— Motion granted, with ten dollars costs.

Pauline Levy, an Infant, v. Louis Hanneman. — Motion denied.

Charles Colne v. Atlantic Avenue Railroad Company.— Motion denied, with ten dollars costs.

Simeon M. Barber v. James T. Lane.— Motion denied, with ten dollars costs.

Catherine Taylor v. Washington H. Taylor.— Motion dismissed, with ten dollars costs.

Isidore J. Dietz v. William H. Busk and Others. — Motion granted, with ten dollars costs.

People of the State of New York v. Samuel L. Wissman.— Motion granted, with ten dollars costs.

In the Matter of the Mayor, etc. (In re Taber). — Reference ordered.

In the Matter of the Mayor, etc. (In re Consolidated Ice Company).—Reference ordered.

In the Matter of the Mayor, etc. (In re Riverside Park).— Motion granted, questions certified as stated in memorandum *per Curiam.*

In the Matter of the Mayor, etc. (In re Boos).— Motion granted.

Dave Reed, Jr., v. Edward B. Marks and Another.— Motion granted, with ten dollars costs.

Lena Brienza v. Michael A. Rofrano.— Motion denied, with ten dollars costs.

Thomas Swift and Another v. Joseph M. Buchanan.— Motion denied.

Edward A. Morrison v. Metropolitan Elevated Railway Company.— Memorandum for counsel.

M. Temple Taylor v. Frederick J. Syme, Impleaded.— Motion denied.

People of the State of New York ex rel. Anne D. Thomson v. Thomas L. Feitner and Others.— Motion granted; question to be formulated on settlement of order.

People of the State of New York v. Paul T. Krivitsky.— Motion denied; stay granted on appeal to the Court of Appeals.

Associate Alumni of the General Theological Seminary of the Protestant Episcopal Church v. General Theological Seminary of the Protestant Episcopal Church.— Motion denied. Memorandum *per Curiam.*

---

THIRD DEPARTMENT, MAY TERM, 1901.

Deborah N. Bowen, Respondent, v. Louis G. Rathbun, Appellant.—Judgment modified by deducting therefrom the amount allowed to the plaintiff on the second cause of action set forth in her complaint, being the sum of $273.50, and which reduces such recovery to $82.29, and as so modified affirmed, and as to such second cause of action judgment is reversed on the law and facts, referee discharged, action severed and a new trial of said second cause of action granted. No costs of this appeal are allowed to either party. All concurred. Appeal from judgment in favor of plaintiff, entered in

Chemung county clerk's office January 18 1900, upon the report of a referee.—

PARKER, P. J.: The plaintiff for some years worked the defendant's farm on shares. On April 1, 1898, she removed therefrom, and being unable to adjust their various differences which arose out of such business relations, this action was brought. In it the plaintiff seeks to recover a sum of money on six different and distinct causes of action. The defense set up two different and distinct counterclaims. The case came to trial before a referee, who allowed the plaintiff to recover on the first and second causes of action